Jeffrey S. Dubin, P.C.
Attorney for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX
DubinJS@cs.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRED ALSTON, as a Trustee of THE LOCAL 272
LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE LOCAL 272
WELFARE FUND,

                Plaintiffs,

    -against-

PROPARK AMERICA NEW YORK, LLC,

                Defendant.
-------------------------------------------------------X

Civil Action No.
23 Civ. 662 (MKV)
ECF Case

VOLUNTARY
DISMISSAL
and ORDER

    As the plaintiffs and the defendant have reached a settlement and the settlement proceeds have been paid to plaintiffs, IT IS HEREBY STIPULATED by the undersigned that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed, without costs to either party, defendant not having appeared or answered. I hereby consent to the entry of this proposed order.

Dated: March 9, 2023

                                      _____
                                      Jeffrey S. Dubin (JD-0446)
                                      Jeffrey S. Dubin, P.C.
                                      Attorney for Plaintiffs

SO ORDERED:

_Mary Kay Vyskocil_____
United States District Judge

Date____3/15/2023_____